Melissa Newel (#148563)
NEWEL LAW
2625 Alcatraz Ave. Suite 132
Berkeley, CA 94704
(510) 316-3827
mnewel@newellawfirm.com

Attorney for Plaintiff
JORGE LUIS TORRES

MCGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
BEATRICE H. NA
Social Security Administration
160 Spear Street, Suite 800
San Francisco, CA 94105
(415) 977-8967
Beatrice.Na@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JORGE LUIS TORRES,<br><br>    Plaintiff,<br><br>v.<br><br>NANCY A. BERRYHILL,<br>ACTING COMMISSIONER OF<br>SOCIAL SECURITY,<br><br>    Defendant. | No. 1:17-CV-1555 (EPG)<br><br>**STIPULATION EXTENDING BRIEFING SCHEDULE AND ORDER GRANTING PLAINTIFF'S REQUEST FOR A FURTHER 21-DAY EXTENSION TO FILE OPENING BRIEF** |

| | |
|---|---|
| 1 | Pursuant to the Scheduling Order in the above-referenced matter (Doc. 6, p. 4:18-20), IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, that Plaintiff shall have a second extension, of twenty-one (21) days, to serve and file her Opening Brief. Plaintiff's counsel makes this request due to a relocation of both her business office and personal residence. Plaintiff's Opening Brief shall be filed on or before **September 5, 2018**. All corresponding briefing deadlines are modified accordingly. |

Respectfully submitted,

Dated: August 13, 2018    NEWEL LAW

By:    *Melissa Newel*
       Melissa Newel
       Attorney for Plaintiff
       JORGE LUIS TORRES

Dated: August 14, 2018    MCGREGOR W. SCOTT
                          United States Attorney
                          DEBORAH LEE STACHEL
                          Regional Chief Counsel, Region IX
                          Social Security Administration

By:    **Beatrice H. Na\***
       BEATRICE H. NA
       (*Authorized by email dated 08/14/2018*)
       Special Assistant U.S. Attorney
       Attorneys for Defendant

## **ORDER**

Based upon the Stipulation of the parties, and good cause appearing, Plaintiff is granted a further extension to serve and file her Opening Brief by no later September 5, 2018. All corresponding briefing deadlines are modified accordingly.

IT IS SO ORDERED.

Dated: **August 15, 2018**          /s/ Eric P. Groj
                                    UNITED STATES MAGISTRATE JUDGE